LAW OFFICES OF

# LAWRENCE KATZ

445 CENTRAL AVENUE
SUITE 206
CEDARHURST, NEW YORK 11516

LKATZ@LAWKATZ.COM

TELEPHONE
(516) 374-2118

FAX
(516) 706-2404

June 7, 2007

Hon. Lewis A. Kaplan
Mail Room 8th Floor
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Sigall v. Monterey**
   **United States District Court, Southern District of New York**
   **07 CV 3370 (LAK)**

Dear Judge Kaplan:

Please be advised that the parties have settled this matter and plaintiff is expected to file a voluntary dismissal within 30 days. Plaintiff would therefore request that the conference scheduled for June 18, 2007 be adjourned without date.

Very truly yours,

Lawrence Katz

cc. William J. Levant, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 7/12/07, if the settlement is not consummated by then.

SO ORDERED!

Lewis A. Kaplan
U.S.D.J.

4/12/07